AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00656 |
| Aiden Henry Bilyard | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 11/15/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Aiden Henry Bilyard,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 231(a)(3), 2 - Civil Disorder and Aiding and Abetting;
18 U.S.C §§ 111(a)(1), (b), and 2 - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting; 18 U.S.C. §§ 1361 and 2 - Destruction of Government Property and Aiding and Abetting;
18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) and 2 - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon and Aiding and Abetting;
18 U.S.C. § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 11/15/2021                                                                 *Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.11.15 15:18:48 -05'00'

City and state:     Washington, D.C.                     G. Michael Harvey, U.S. Magistrate Judge
                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/15/21, and the person was arrested on *(date)* 11/22/21
at *(city and state)* Raleigh, NC.

Date: 11/22/21

*Arresting officer's signature*

Andrew J Maurer   FBI TFO
*Printed name and title*