UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>AIDEN HENRY BILYARD,   )<br>)<br>Defendant.   )<br>) | Criminal Action No. 22-34 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the hearing held on October 18, 2022, it is hereby

**ORDERED** that the plea hearing scheduled for October 18, 2022, is **CONTINUED** to October 20, 2022, at 11:00 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 18th day of October, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge