UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-34 (RBW) |
| ) | |
| AIDEN HENRY BILYARD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The parties appeared before the Court on October 20, 2022, for a guilty plea hearing. For the reasons articulated by the Court during the hearing, the Court detained the defendant pending his sentencing based on the conclusion that 18 U.S.C. § 3143(a)(2) requires detention in this case. Although counsel for the defendant argued that the defendant should be released under 18 U.S.C. § 3145(c) based on "exceptional reasons[,]" the Court determined that counsel's justification for such a finding was insufficient. Moreover, considering the egregious and violent nature of the defendant's conduct and his encouraging of other rioters to invade the United States Capitol, which formed the basis for the offense to which he admitted his guilt, the Court concluded that the defendant does not "meet[] the conditions of release set forth in section 3143(a)(1)[,]" 18 U.S.C. § 3145(c), because his conduct demonstrates that he would pose a risk of danger to other persons or the community if released pending his sentencing.

Accordingly, it is hereby

**ORDERED** that, on February 2, 2023, at 9:30 a.m., the parties shall appear before the Court for sentencing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that the defendant shall be detained pending sentencing.[1]

**SO ORDERED** this 24th day of October, 2022.

_Reggie B. Walton_
REGGIE B. WALTON
United States District Judge

---

[1] Pursuant to the defendant's oral request, the Court recommends—but does not order—that the defendant be detained at Northern Neck Regional Jail.