FILED
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 22-34 (RBW) |
| AIDEN HENRY BILYARD, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the defendant's Unopposed First Motion to Continue Sentencing, ECF No. 46, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed First Motion to Continue Sentencing, ECF No. 46, is **GRANTED**. It is further

**ORDERED** that the sentencing scheduled for February 2, 2023, is **CONTINUED** to March 17, 2023, at 1:00 p.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before March 14, 2023, the parties shall file their sentencing memoranda.

**SO ORDERED** this 20th day of January, 2023.

REGGIE B. WALTON
United States District Judge