

To Whom It May Concern,

I have known Aiden Bilyard since September 2021. In that time, he has shown himself to be an exemplary individual both in and out side of the restaurant. As his supervisor and owner of the business I have seen him grow since his time here in the restaurant. Aiden is a valuable asset to our company; not only has he proven to be responsible in a fast paced, high stress environment, he has been tasked with training others. he flourishes under pressure and demonstrates accountability, excellence, and an uncanny ability to recognize and correct shortfalls.

During his time here, he has coached and mentored other employees. The willingness to help both fellow coworkers and guests alike has been outstanding, and he has shown tremendous growth during his time here with us.

He has grown into a very dependable and respectful young man and it has been my pleasure to see him grow in his role with us and as a person.

Regards,

Thomas S. Havrish

Owner/Operator

Lugano Ristorante

(919) 468-7229