

Samantha and Christopher Knight

Lugano Ristorante

1060 Darrington Dr.

Cary, NC 27513

RE: Aiden Bilyard

To Whom it May Concern,

    We are writing you today on behalf of Aiden Bilyard. Aiden has been employed with us since September 2021. As General Manager and Assistant General Manager, we have been privileged to watch him mature and grow exponentially while with us.

    Throughout Aiden's time with our company, he has exhibited the ability to accept and grow from past mistakes and strive to become a better individual. He is constantly stepping up to help out when it is needed and is eager to learn and take on new tasks. Having no previous experience in the restaurant industry, he quickly progressed from his role of service staff to training new employees and eventually moving on to play a dual role in both our front of the house and in the kitchen. He is considered one of our core staff members and will always be welcome in our "house."

    Aiden constantly strives to be a better person than he was the day before. He has always shown nothing but professionalism with both his co-workers and guests alike. It is our hope that this letter will act as a positive and contributing factor in the matter at hand. Please feel free to contact either of us should the need arise.

Sincerely,

Samantha Knight

Assistant General Manager

Christopher Knight

General Manager