March 4, 2023

<u>Statement for my son, Aiden Bilyard</u>

Your honor, Judge Walton.

My son Aiden has been in Alexandria Detention Center since October 18th, 2022, on 22- hour a day lock down. Five months. During his time there, my son has continued to mature and grow as a person and into an accountable, mature adult. It has been nothing short of torture for him – a very young man with no history to be confined for so long. And yet, he is doing it. Even surrounded by some very bad men, this kid has taken these five months to fully absorb not only the mistake he made, but to find hope going forward. I pray it will be understood fully by our letters.

I broke down when helping my son get ready for the October hearing. We found a suit, but the most appropriate shoes were ones that he wore to his Orchestra concert in junior year of High School. I remembered us getting them and how I felt while he proudly swept away at the cello. Aiden's always made me proud and January 6th was such an exception to the intelligent, warm and kind boy I'd raised and the mature, compassionate young man he is now at 21. We had a very rough year, many years ago at 17/18 years old that was compounded with Covid lockdown, but we worked through it together. As a Mom, I was there for him and will always be and remembered constantly that teenagers mostly only think past the next weekend in terms of consequences.

Along with my son's recommendations is a psychological evaluation from Dr. Carole Giunta. More than $5000 later, it says what most parents know instinctively – the vast difference between 18 and 21 years old and the search for separation and identity. Out of the angst of being a teenager hopefully comes self-acceptance and discrimination and better choices. It did with my son. For 8 months after January 6th, he sought a career counselor, shaped up and began to think of a future in the Air Force.

At 21, and through the fear and anxiety of <u>years</u> of waiting and then incarceration, I want you to see, as I do, with clarity, the young man he has

become. It was more than a "come to Jesus moment" it was a lightning bolt to wise up.

My son Aiden has spent over two ½ years since coming back from his dream of the Air Force, in such a state of remorse and regret. Every day, in every conversation, there is intense remorse for the police officers, the people inside and me, his Mom.

As Dr. Giunta's report states, I raised my son myself knowing that with love and strength, he would ultimately be better off. As he turned 17, he began developing himself as a man - looking for role models and separation – he found separation in politics and Donald Trump - someone I've detested since being aware of his reputation as an arrogant snake-oil salesman. During the election his divisiveness invaded every person, every family. Including ours. Along with the normal teenage angst, my son pushed me away. I knew that part of this was being a teen, but also in the considered choices I made about his father. It came to a head one evening and I told him everything and why I made the choices I did. I did not badmouth his father, but tried to explain that he had made bad choices and I made the decision I thought was right. I wanted to raise Aiden in a happy, stable home filled with the things children should experience. Love and friends and support and family.

And he was.

Although we had male family friends he respected, as most teens do, as I did myself, we rail against everything our parents were and thought to define ourselves. In my case, my parents were conservative Republicans so I veered left and became a lifelong Democrat and liberal. At that time, I wasn't even sure why other than it separated me from my parents.

My son and I are a small family and close. His push back was two-fold. As a teen-aged boy and as a person to define himself. If you have read Dr. Giunta's report, it was a perfect storm of circumstances coming out of Covid lockdown. He graduated over Zoom after years of work in school, AP classes, activities and plans... the timing of wanting to find a place in the world as a man. I felt that so

many men with father issues could immediately brand themselves in this alignment with Trump. A red hat or pro-Trump comment would "stamp" them as a certain kind of man. A man who didn't need a conscience. A man who didn't need or bother to explain himself.

My son didn't wear gear or hats or fatigues. That day, he didn't have an agenda. He wanted to see "history." Even during Trump's head on big screen, there is video of Aiden standing peacefully even as things erupted around him - encouragement and chants from grown men in fatigues surrounded him as he was pushed forward by the crowd. As the predominantly male crowd chanted, he engaged and was patted on the back. Your honor, nothing else, <u>but</u> <u>that</u> would have pushed him to do that. I can imagine it intoxicating for my son.

He'd never been violent.

He'd never NOT considered other human beings.

He has even <u>always</u> had a reverence for the police and their difficult jobs.

After this happened, he came back shaken and aware and followed the grain of truth he thought the movement was about. Serving his country. He shed the bravado and after much thought, career counseling and consideration, joined the Air Force. As a man, he wanted to go towards being part of something bigger and valuable. He was very happy. We were very happy and he was supported fully in this choice as it seemed to be what he needed. I can't say strongly enough how it woke him up to the foolish choice to be a part of that day.

Needless-to-say, Aiden was devastated when they released him after the events came to light. He was humiliated and avoided anyone who had been at his going-away barbeque and supportive. He avoided family, friends and people who loved him. He was ashamed and his remorse to me as his Mom came through daily. I encouraged my son, and with love and support, Aiden picked himself up and began to work toward positive goals. He started classes again at Wake Technical College and began working at Lugano's restaurant here in Cary. In between meetings with his attorney and the stress of what might be coming, he worked

and matured and went to school. My son helped at home and he was a big brother to younger people at his restaurant.

If you see the personal statements from the management at the Restaurant, you will see more vividly the young man and maturity. As his Mom, I agree that I am biased, but you will see the kind of person he has matured into in those letters.

In three hours that day, 18 years of parenting has been shoved aside. 18 years of love, care and strong guidance, has been replaced with hate letters from strangers and vile comments about my son ranging from threats to "his whole family" being in a hole to my horrible parenting. It has been devastating to our family.  If I haven't spoken of it, I am not a Trump supporter or Republican and until January 6th and inadvertently during Covid lockdown, I did not follow politics other than the "bigger news" to keep informed. Not only the health risks of Covid scared me, but the instability of our leadership and country seemed at an unimaginable level. The internet and media became an enemy in trying to find the truth for most people. I'm not fragile, but it was daunting. The information age had turned on most people who were trying to raise their children away from screens. I thought frequently about a quote (Roosevelt?) about not being able to build a future for our youth, but building our youth for the future. The difficult part was trying to instill hope while, as an adult, I struggled with it myself. But I tried.

I watched, along with the country, as everything unfolded that day. I was not thinking about it as a whole. I was horrified and frantically trying to reach my son.

Since all this, there are statements by Trump that claim he will "liberate" the people that stood up for him. Trumps words, like a magician's smoke, are thin and floating with no substance. I put no value in them and reenforced my son doing the same.

My son Aiden has spent every day since January 7th moving toward being a man I can be proud of and more importantly, HE can be proud of. He has taken more accountability than these grown, seasoned men with armies of attorneys to do slight of hand on Trump's behalf.

Since mid-October, he has been incarcerated with Stuart Rhodes, one of the main figures of that horrible day. While I don't know Stuart, only by reputation, I was frightened that my son would turn to him for friendship and/or comfort because of this. During my son's time in Alexandria Detention Center, he didn't have access to the news. He didn't have access to the Trump hearings for criminal charges. Or Bannon's. Or the many others involved in orchestrating January 6th. But he did have Stuart Rhodes. During his time, as if I had planned it, the curtain was peeled back on the 57 year-old Rhodes and revealed was a self-centered, self-aggrandizing middle-aged man who needed all the props, get-up and slight-of-hand to focus the attention on himself. My son finally saw that behind these figures, were just men full of their own importance and buying their own hype.

He began to <u>fully</u> understand that real leaders consider and serve other people in their goals and their own behavior. And he continued to "grow up".

As if he did time with Trump himself, Aiden got to see that not only was Stuart uninterested in anyone but himself, but disinterested in my frightened 20 year-old or his well-being.

I have watched my son grow since January 6th from a teenager who knew everything who would often roll his eyes at the fact that I existed – to a mature, accountable young man who has struggled to make amends 22 hours a day in a cell in Virginia. While as his mother I was grateful for the protection, it has been nothing short of torture for him. He has broken down several times, but as we near the sixth month, he keeps busy with reading, learning and plans for college and a future. He speaks with a therapist about goals and self-acceptance. We talk frequently.

I come to you without hesitation, that my son Aiden now FULLY understands that real men, REAL leaders are not divisive. They are not self-aggrandizing, and they do not avoid responsibility for their actions. They think about other human beings. Even in his incarceration, he has had compassionate, kind words to other (grown) men since he's been there. He is not bitter. He is trying to be accountable.

Aiden has set up therapy and long-term goals with Jeffrey Fischer, Phd. of Chapel Hill, whom he'd seen in the past for career guidance. He has a repoire with Jeff and Jeff is a strong voice to him and now a licensed PHD.

As licensed forensic psychologist Dr. Giunta said, he is at risk in prison and a decision to release him to me on probation would give him a chance to restart life. Your honor, I ask you to please know that he has drastic, "come to Jesus" moments since January 6th and as a young man, can continue to be a terrific contribution to the world and people around him.

I beg you to let your humanity continue to inform and encourage his.

Thank you, Your Honor.

Amy Bilyard

*[signature: Amy M. Bilyard]*

(Aiden Bilyard's mom)