GIUNTA & ASSOCIATES

Carole T. Giunta, Ph.D. & Associates, LLC

**Carole T. Giunta, Ph.D.**
*Licensed Psychologist*
*Clinical & Forensic Psychology*
*Neuropsychology*

March 10, 2023

Gregory Smith, Esq.
913 East Capitol Street, SE
Washington, DC 20003

Jaime Vavonese, Esq.
Vavonese Law Firm PC
P.O. Box 1656
Raleigh, NC 27601

**Re:**    **US v Aiden Bilyard**
          **Case No.:** 0090 1:22CR00034-001

Dear Mr. Smith and Ms. Vavonese:

Pursuant to your referral, I have completed my evaluation of Mr. Aiden Bilyard, a 20-year-old Caucasian male. Mr. Bilyard pled guilty to Assaulting, Resisting, or Impeding Certain Officers Using a Deadly and Dangerous Weapon in U.S. District Court for the District of Columbia. He was evaluated in light of his upcoming sentencing.

I personally evaluated Mr. Bilyard on two occasions, on December 22, 2022 and January 4, 2023. The nature of the evaluation and the limits of confidentiality were explained to Mr. Bilyard. His consent for participation was obtained. Additionally, I reviewed the following documents which you forwarded to me: Criminal Complaint, Plea Agreement, Guidelines Calculation Letter and Draft Presentence Report. To obtain collateral information, I interviewed his mother Amy Bilyard (12/21/22) and his former career counselor Dr. Jeffrey Fischer (01/09/23). The HCR-20-V3 was used to structure a risk assessment.

**RELEVANT HISTORY:** Mr. Aiden Bilyard was born in New York City and raised in New Jersey until fifth grade. He has resided in Cary, North Carolina since that time. Mr. Bilyard was raised exclusively by his mother. Until age 18, he had no information about his biological father. Mr. Bilyard described his childhood as free of abuse and neglect. He has enjoyed a close relationship with his mother.

Mr. Bilyard always found it easy to make friends, preferring small group interactions. He has typically had a few good friends and began to date in his teens. He reported no history of being bullied or excluded by peers. Mr. Bilyard reported that he has always been a restless person who has been highly distractible, has had difficulty focusing and trouble concentrating in school. As a result of his challenges with attention, Mr. Bilyard had difficulty engaging in school and prefers hands-on pursuits. Nevertheless, he was in a gifted program as a youth and completed community college courses while enrolled in high school; he is close to having his associates degree. Mr. Bilyard graduated high school in 2020. Since age 16, Mr. Bilyard worked intermittently in restaurants and as a laborer under the supervision of a family friend. Because of his difficulties with attention and restlessness he stated, "I can't imagine myself working in an office."

Mr. Bilyard struggled to find direction and formulate a plan for himself following high school. He enjoyed courses in high school in history, psychology and sociology, but could not see himself developing a career

1430 Highland Drive • Silver Spring, MD 20910 • Telephone 301/565-0093 • Facsimile 301/565-3754 • drgiunta@giunta-associates.com

in any of these fields. Given the cost of college and his uncertainty about what he wanted to pursue, Mr. Bilyard did not plan on enrolling in a four year college following high school. Instead, he thought seriously about joining the military. To discuss this option further, his mother sent him to a career counselor in the spring of his senior year of high school.

At the same time, Mr. Bilyard was also looking for male role models. Because he knew nothing about his father, and had few other important men in his life, Mr. Bilyard filled in that gap with what he thought men should be like. He was drawn to hyper-masculine images of men. He came to believe that "the path of men involves struggle." While he did not have a history of engaging in violent conduct, Mr. Bilyard came to believe that the "masculine way" may involve violence and does not include displays of emotion. As he put it, "There was no one to make my life hard so I had to make it hard myself, so I would grow as a person. I needed discipline." As an expression of discipline, Mr. Bilyard began restricting his food intake in the spring of 2020, resulting in weight loss and digestion issues.

In his search for strong male role models, Mr. Bilyard was drawn to then-President Trump. In particular, he liked the fact that President Trump "was not politically correct, was a disruptor and didn't care about people's feelings. As a man you can't make everything diplomatic." Mr. Bilyard looked up to President Trump because he "doesn't have anything scripted, he's bold and was not burdened by the media." At the same time, Mr. Bilyard was pushing back against his mother. He felt increasing anger toward her and harbored bitterness about not having a father. On one occasion in November 2020, Mr. Bilyard took out his frustration about his parental situation by damaging his personal property.

Shortly after, Mr. Bilyard's mother told him the full history of her relationship with his father. This was the first time that Mr. Bilyard had any solid information about his father. Specifically, Ms. Bilyard shared that she and his father had been friends and had only been romantically involved briefly. At the time of their liaison, Mr. Bilyard's father was separated from his wife with whom he had children. Ms. Bilyard chose not to tell her son's father that she was pregnant with his child and did not list him on the birth certificate. Although she did not maintain a relationship with him, Ms. Bilyard heard intermittently from her son's father and learned that he had been arrested for kidnapping his children at gunpoint. Subsequently, he was incarcerated during much of Mr. Bilyard's childhood. Mr. Bilyard stated that it was "almost incredible" to get information about his father. He was happy to know that he has half siblings and that his father is alive; he stated, "I always wanted to talk to him." Mr. Bilyard described it as "a relief" to know something about his father and to have an understanding of why his father had never been involved in his life. At the same time, it raised many issues for Mr. Bilyard about his father's judgment and caused Mr. Bilyard significant concern about how he and his father might be similar.

Mr. Bilyard was angry about the outcome of the November 2020 presidential election. While not involved with far right extremist groups, Mr. Bilyard did follow some right wing individuals on social media. In particular, he used sites such as 4chan, Twitter and Discord to look for evidence about the integrity of the election. As he put it, "I did the research, it looked like it was stolen. I saw evidence and I was convinced by it." In the weeks after the election, Mr. Bilyard spent a good deal of time online, researching what happened with the election and following young people who shared his right wing beliefs. Mr. Bilyard also joined the American Identity Movement which he described as an American nationalist, anti-immigration organization online. While his political beliefs overlapped with those of the organization, Mr. Bilyard stopped his involvement with the group after a few months because he did not like the leader. During this time, he also attended the "Stop The Steal" rally in Washington DC with friends which included a march to the Capitol; he did not encounter or participate in any violence during this event.

The night before the January 6, 2021 gathering in Washington DC, Mr. Bilyard decided to attend. He had been hoping to go with a good friend, but his friend decided not to go. Mr. Bilyard chose not to travel with two others he knew from high school, as one of them had guns. As such, Mr. Bilyard drove to Washington alone that day; he did not bring a weapon. Mr. Bilyard stated that he came to Washington that day "for Trump and to be part of history." He further stated, "I always loved history. This was something I could go and attend and maybe have an impact by supporting my president. I had no idea what would happen. I wanted to see Trump speak." Mr. Bilyard felt a sense of urgency about keeping President Trump in office.

After hearing then-President Trump speak on January 6, Mr. Bilyard made his way to the Capitol with other attendees. He enjoyed being in a crowd with others who shared his political views and were driven by strong convictions. When he got to the Capitol, Mr. Bilyard learned that a protester had been shot by police which made him upset. Over the course of a few hours, Mr. Bilyard slowly made his way to the front of the crowd. He observed police using mace and tear gas to control the crowd, which he felt was "police brutality." Mr. Bilyard stated that he did not go there to fight police, but that he was upset that the police had killed a protester, were not letting the protesters into the Capitol building and were engaging in what he perceived to be police brutality. As such, when another protester handed him a canister of bear spray, Mr. Bilyard deployed the spray in the direction of police officers who were attempting to control the crowd.

Later, Mr. Bilyard was standing on a terrace of the Capitol building when another protester attempted to break a window to gain entry. When the other protester was unsuccessful at breaking the window, individuals from the crowd passed a bat forward to Mr. Bilyard. After initially handing it off, Mr. Bilyard took the bat and used it to break a window in the Capitol building through which he and others subsequently gained entry. As he put it, "It was an ego thing. I thought I can do it, give me the bat." In a crowd comprised largely of men older than himself, Mr. Bilyard also felt motivated to impress the men around him by taking what he perceived to be a masculine action. In that context, he felt that such an action was praiseworthy and in the moment he felt proud of himself that he led people inside. He later reflected that "It would not have happened without the approval of the crowd." Once inside the Capitol, Mr. Bilyard heard people talking about bringing in assault rifles, which scared him. He texted his friend who had chosen not to attend. His friend's text advising him to get out of there helped things "click" for Mr. Bilyard leading him to determine "this is not a smart place to be." At that point, he made his way out of the Capitol and traveled home.

In reflecting on the events at the Capitol on January 6, 2021 Mr. Bilyard stated, "We were routed... It was a slap in the face. It told me I needed to get my shit together. This should not be a priority. I needed to orient my life towards something productive." When asked how he views the 2020 election now, Mr. Bilyard stated, "I don't think about the 2020 election anymore. [After January 6] I think politics is a waste of my time."

Shortly after the events of January 6, 2021, Mr. Bilyard joined the Air Force. He completed five weeks of basic training before he was discharged once the military learned of the then-pending criminal charges in connection with January 6th.

Mr. Bilyard has had no other criminal charges.

**INFORMATION FROM COLLATERAL SOURCES:** Ms. Amy Bilyard, the defendant's mother, corroborated the history provided by Mr. Bilyard which lends credibility to his self-report. She detailed her attempts over the years to provide him with strong educational, cultural and athletic opportunities. Ms. Bilyard described her son's involvement in the events of January 6 as an aberration from his baseline of not

being one to go to excess. She underscored her son's long-standing interest in history and politics. She described her son as looking up to then-President Trump and as choosing the opposite of what she offered him in light of his "father issues." Mr. Bilyard texted his mother from Washington on January 6, indicating that things got out of hand. She described him as "visibly shaken" when he arrived home that night. Ms. Bilyard described her son as having matured over the past two years and as now being more accountable for his actions. Ms. Bilyard's love and support of her son is very deep and steadfast.

Around the time that he turned 18, Mr. Bilyard saw Dr. Jeffrey Fischer on three occasions to discuss his search for career direction. Ms. Bilyard was hoping that meetings with a male counselor would help her son think more about his career direction. Dr. Fischer reported that Mr. Bilyard did not see himself attending a traditional four year college as his mother had hoped he would. Instead, Mr. Bilyard stated at that time that he was interested in joining the military because he wanted to be part of something. Dr. Fischer shared that in early 2020 Mr. Bilyard impressed him as a young man looking for belonging, connection and meaning who had a good relationship with his mother but was looking to separate from her and form his own identity. Mr. Bilyard seemed impressionable but did not present as radical. He seemed very relieved that Dr. Fischer did not try to talk him out of joining the military. Dr. Jeffrey Fischer is now a licensed psychologist in North Carolina. At the time he saw Mr. Bilyard, he was working as a career counselor.

**CURRENT CLINICAL PRESENTATION:** Mr. Bilyard was fully cooperative with the evaluation, although he had difficulty sitting still during our meetings. He was open and forthcoming on interview. Mr. Bilyard was fully oriented to person, place and time. There is no history of hallucinations or delusions. He described an infrequent experience of hearing a distant voice when highly anxious or tired. His thought process was logical and goal-directed. His thought content was free from delusional material.

Mr. Bilyard reports some periods of low mood and other depressive symptoms during and just after high school. The symptoms were at their worst at the end of 2020 during which time he experienced low mood, irritability and some passive suicidal ideation. He was restricting his food intake at that time and obsessively controlling his behavior including walking in circles in the yard in order to achieve a certain number of steps per day and not allowing himself to eat until he had exercised sufficiently. Mr. Bilyard described himself as an anxious person in general. He recalled acute episodes of anxiety a few times a year. There is no history of self mutilation or manic symptoms. Thoughts of hurting others include fantasies about hurting his boss after he dressed Mr. Bilyard down at work; he did not act on these fantasies.

Although not previously diagnosed, Mr. Bilyard evidences Attention Deficit Hyperactivity Disorder, Combined Presentation.

Mr. Bilyard first drank alcohol and smoked marijuana at age 15. He reported occasional use of each of these substances in social settings during his high school years. In the last two years, his alcohol use was limited to one or two beers a few times a week. He no longer smoked marijuana. Mr. Bilyard recalled not liking the effect of either substance. He experimented with LSD and mushrooms on a limited basis. During and after high school, Mr. Bilyard used Adderall and Ritalin which he liked because they made him feel productive. He also reported vaping tobacco. He was not under the influence of any substances at the time of the instant offense. He has never received drug or alcohol counseling, but is receptive to it.

**RISK ASSESSMENT:** The HCR-20-V3 was used as a tool for structuring professional judgment about risk for future violence. Identification of relevant risk factors helps clarify the types of support needed to reduce Mr. Bilyard's risk of future violence and facilitates consideration of their current relevance.

4

Mr. Bilyard's history of violent conduct is limited to his involvement in the instant offense, as described above. He engaged in a couple of fights with a coworker which do not meet the threshold for being considered violent conduct, as they were not serious enough to result in legal charges and/or harm to the other individual. Mr. Bilyard has not engaged in violent conduct while incarcerated. Thus, in terms of actual violent conduct, Mr. Bilyard's history is quite limited and occurred in a reactive and unplanned fashion on January 6th. The absence of a more robust history of violent conduct is positive. The risk factor of engaging in other types of antisocial behavior is absent in Mr. Bilyard's case.

In the past few years, Mr. Bilyard has harbored some violent attitudes and fantasies which clearly facilitated his conduct in the instant matter. His comfort with, and approval of, violence are related to his process of trying to clarify what it means to be a man. As a younger child, Mr. Bilyard did not embrace violent attitudes or conduct. In his attempt to separate from his mother and clarify his masculine identity as an older teen, Mr. Bilyard gravitated toward a hyper-masculine view of men as never showing emotions, as "struggling" and as condoning violence. The search for identity often involves trying on different attitudes and behaviors. Mr. Bilyard's trajectory going forward with respect to continued embrace of violent attitudes will be pivotal in determining the extent to which this risk factor remains relevant and may be impacted in part by the sentence imposed.

Childhood victimization is absent as a risk factor in Mr. Bilyard's case as he did not experience physical, emotional or sexual abuse or neglect and did not witness domestic violence. The risk factor of experiencing adverse childrearing was largely absent in that Mr. Bilyard benefitted from a highly attentive mother and enjoyed family stability and cohesion with her. However, the absence of his father and the complete lack of information about him was troublesome for Mr. Bilyard and complicated his efforts to clarify his identity as a man. As discussed above, this contributed to Mr. Bilyard being drawn to hyper-masculine models of men as never showing emotion and as being comfortable with violence. Mr. Bilyard's receipt of information about his father, including his father's criminal conduct, just months before the instant offense, contributed to his confusion about his identity. As such, Mr. Bilyard's history of adverse childrearing experiences is a partial risk factor for future violent conduct which can become less relevant over time as Mr. Bilyard works to adopt a more integrated masculine identity.

The risk factor of problems with relationships is absent in Mr. Bilyard's case. Throughout his life, he has been able to establish age-appropriate friendships and has maintained a strong connection with his mother. His pushing back against her in his late teenage years is developmentally appropriate and is not indicative of relationship problems.

In Mr. Bilyard's case, the risk factor of a history of problems with employment is generally not relevant given his age and educational attainment to date. What is relevant is that at the time of the instant offense, his lack of direction was a significant stressor for Mr. Bilyard which contributed to him feeling badly about himself and looking for indicators of his strength as a man. Mr. Bilyard has clear aspirations of a career path beyond working as a server in a restaurant, but to date he has had trouble identifying his path. Treatment of Mr. Bilyard's ADHD will be helpful in this regard as will opportunities for training in a trade or other hands-on endeavor. He should avail himself of training opportunities within the Bureau of Prisons or elsewhere.

In Mr. Bilyard's case, there is an absence of mental health risk factors. There is no history of major mental illness, personality disorder or substance use disorder. The risk factor of poor response to treatment or supervision is absent in Mr. Bilyard's case as well.

In terms of Mr. Bilyard's *current* presentation, the following risk factors are *absent*: symptoms of major mental disorder, lack of insight into his need for treatment, violent ideation or intent, poor treatment or supervision response as well as behavioral and emotional instability. The risk factor of cognitive instability is present due to Mr. Bilyard's age and ADHD; he is distractible, has difficulty maintaining concentration and is at risk for impulsive actions wherein he fails to consider consequences. The literature describing the protracted nature of adolescent brain development indicates that maturation of the adolescent brain continues into the mid-20s, particularly for men, rendering teens and young adults at greater risk for impulsive actions and failure to consider consequences. These risks are even greater for individuals with ADHD. Failure to consider consequences of his actions was clearly evident in Mr. Bilyard's offense conduct at age 18. Mr. Bilyard's ability to identify and consider consequences of his actions now at age 20 is more developed than it was a few years ago with further spontaneous development expected in the years to come. Treatment of his ADHD will also assist this process.

Regarding risk management going forward, Mr. Bilyard will have strong personal support from his mother and from their friends upon his return to the community. Mr. Bilyard is expected to be compliant with supervision and treatment. Indeed, he is eager for supports and interventions to facilitate personal growth and help with development of career direction and plans. His former career counselor, Dr. Fischer, who is now working as a licensed psychologist in North Carolina, has expressed willingness to work with Mr. Bilyard upon his release and/or to see him by telehealth if that could be arranged while incarcerated. Mental health treatment will be an important venue for Mr. Bilyard's continued clarification of his masculine identity, developing insight into how violent attitudes can put him at risk for future violent conduct and working through his feelings regarding his absent father. Taken together, the above outlined considerations support the impression that Mr. Bilyard is at low risk for future violent conduct.

**FORENSIC OPINION:** The following is my opinion within a reasonable degree of psychological certainty.

On January 6, 2021, Mr. Aiden Bilyard was 18 years old. He came to Washington DC that day to hear then-President Trump speak and "to be part of history." He held right wing and nationalist political beliefs but was not allied with political extremist groups. He did not have a premeditated plan and brought no weapons to the event, but did use weapons provided by other members of the crowd. Indeed, once he was in the crowd at the Capitol, Mr. Bilyard got carried away and discharged pepper spray in the direction of police and broke a window in the US Capitol building, which facilitated crowd members' entry into the building.

As an 18-year-old, raised entirely without a father, Mr. Bilyard was actively searching for male role models and male approval. Indeed, on January 6th, he felt emboldened to engage in these acts by the encouragement and praise he received from the crowd of mostly older men who shared his political beliefs. Mr. Bilyard wanted to impress the men around him and felt good about himself when he garnered their approval. As an impressionable young man, Mr. Bilyard was vulnerable to trying out violence as a way to feel masculine. To his credit, Mr. Bilyard left the Capitol partway through the events of January 6th and has not engaged in violent conduct in other venues.

Mr. Bilyard's offense conduct also reflects the failure to anticipate and weigh consequences which characterizes both adolescent decision-making and the impulsive behavior consistent with ADHD. We know from a large body of research that the adolescent brain is not fully developed with respect to thinking before acting and considering consequences; this is even more true for young men with ADHD like Mr. Bilyard. In describing his lack of thoughtfulness about the consequences of his actions on January 6th, Mr. Bilyard referred to himself at that time as having "a caveman brain." Thus, in the two years since the offense conduct he has begun to develop some perspective and appreciation of his problematic conduct.

Mr. Bilyard should continue on this trajectory by undertaking outpatient therapy upon his return to the community. Mental health treatment will be an important venue for Mr. Bilyard to continue to clarify his identity as a man, address his feelings regarding his absent father, work to adopt a more integrated view of his own masculinity and develop insight into how hyper-masculine attitudes can pose a violence risk. Clarification of identity is one of the primary psychological tasks of adolescence and young adulthood; as such, the window remains open developmentally for further work in this domain, which bodes well.

Mr. Bilyard appreciates his need for further education and is hopeful for training in a trade such as welding. Treatment of his ADHD will improve his focus and will facilitate his learning and execution of a trade.

Based on all available information, Mr. Bilyard's risk of re-offending is low. However, he is still an impressionable young man whose identity is not solid and who is searching for direction and approval from older men. As such, he remains vulnerable to following others and is at risk for seeking status and identity by attaching himself to men in prison who embrace violent attitudes. This concern could be addressed by sentencing him to local time or home confinement.

Respectfully submitted,

Carole T. Giunta, Ph.D.