## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| BILYARD  AIDEN  HENRY | AIR FORCE--REGAF | ▓▓▓▓▓ |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) N/A |
|---|---|---|---|
| AB | E1 | ▓▓▓▓▓ | |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| RALEIGH NC | CARY NC |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 737 TRAINING SUPPORT SQ  (AETC) | JBSA LACKLAND TX |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE [ ] NONE |
|---|---|
| N/A | AMOUNT: $200,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2021 | JUL | 20 |
| 9T000, BASIC ENLISTED AIRMAN, 0 YEARS AND 1 MONTH. | b. SEPARATION DATE THIS PERIOD | 2021 | AUG | 11 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 00 | 00 | 22 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 02 | 14 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 2021 | JUL | 20 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2021 | JUL | 20 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| NONE | NONE |

| | | YES | | NO |
|---|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | X | NO |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: _____ ) | | YES | X | NO |

| 16. DAYS ACCRUED LEAVE PAID    0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

**18. REMARKS**

MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE-NOTHING FOLLOW
--------------------------------------------------NOTHING FOLLOWS---------------------------------------------------------

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| ▓▓▓▓▓ | AMY BILYARD ▓▓▓▓▓ |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) _____    OFFICE OF VETERANS AFFAIRS | | YES | X | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X | YES | | NO |

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| MEMBER NOT AVAILABLE TO SIGN | N/A | CAC/PKI SIGNED BY LUNA.YOLANDA.E.1133613362 GS-05, USAF, HUMAN RESOURCE ASSISTANT Aug 11 2021 4:29:09 PM (UTC) CAC Serial Number: 16ED02  IssuerCN: DOD ID CA-52 | 20210811 |

**DD FORM 214, AUG 2009**    PREVIOUS EDITION IS OBSOLETE    **MEMBER-1**