UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-34-RBW |
| v. : | |
| : | |
| AIDEN HENRY BILYARD, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR EXTESNION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR RECALCULATION AND REVISION OF SENTENCE**

The United States of America respectfully moves this Court for a brief extension of the December 18, 2023 deadline to file its response to the Defendant's Motion for Recalculation and Revision of Sentence. ECF No. 56. Due to a number of other previously scheduled December deadlines for upcoming January trials, the United States respectfully requests the Court allow the government to file its response on or before December 22, 2023, and for the Defendant to file his reply on or before January 12, 2024. The government has conferred with the Defendant, who does not oppose this extension of time.

WHEREFORE, the government respectfully requests that the Court grant this motion set a new response deadline of December 22, 2023, and set a corresponding reply deadline of January 12, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia

1

601 D Street, NW 20530
Samantha.Miller@usdoj.gov