UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:22-CR-00034-01 (RBW) |
| | ) |
| AIDEN BILYARD | ) ***__EMERGENCY MOTION__**** |
| | ) |

### DEFENDANT'S EMERGENCY MOTION FOR IMMEDIATE RELEASE

NOW COMES Defendant Aiden Bilyard, by and through undersigned counsel, and hereby files this motion for his immediate release from custody, based on the pardon issued by the new President of the United States earlier today.

### ARGUMENT AND CITATIONS OF AUTHORITY

Aiden Bilyard is currently serving a 40-month sentence issued in this case by this Court. Earlier today, newly inaugurated President of the United States Donald J. Trump issued a full pardon to 1500 January 6 Defendants, including Aiden Bilyard, exercising his enumerated powers as set forth in the U.S. Constitution, U.S. Constit., Article II, Section 2, Clause 1. *See, e.g.,* *https://thehill.com/regulation/court-battles/5096927-trump-commutes-sentence-proud-boys-leader-enrique-tarrio/* (Trump Pardons Nearly All January 6 Rioters on First Day of Presidency"); *https://www.nbcnews.com/politics/justice-department/trump-set-pardon-defendants-stormed-capitol-jan-6-2021-rcna187735* ("Trump pardons Roughly 1,500 Defendants Charged in the Jan. 6 Capitol Attack"). The Order just became available on the White House website, and it confirms that, other than a few specified January 6 Defendants who received mere commutations, the President's Order "grant[s] a full, complete and unconditional pardon to all other individuals convicted of offenses related to events that occurred at or near the

1

United States Capitol on January 6, 2021." *See* https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/.

In light of the new President's formal exercise of Executive clemency, Mr. Bilyard's conviction and sentence can no longer be legally enforced. Accordingly, Aiden Bilyard is legally entitled to be immediately released from any and all custody previously ordered in this case, and the Bureau of Prisons should be promptly notified.

A proposed Order is attached, which is designed to effectuate Mr. Bilyard's immediate release from the imprisonment ordered in this case. Government counsel have been contacted about this matter, but they have not yet provided their position on whether this Order should be granted. Despite Government's counsel's delay in responding, however, the Executive's power in this context exclusively belongs to the President. To prevent an unconstitutional detention under law, the defense moves this Court to sign and file the attached proposed Order immediately.

This 20th day of January, 2025.    Respectfully submitted,

/s/ Gregory S. Smith
Gregory S. Smith
DC Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, SE
Washington, DC 20003
(202) 460-3381
(202) 330-5229 (Fax)
gregsmithlaw@verizon.net
*Attorney for Aiden Bilyard*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing is being served on counsel for all parties through this Court's ECF system.

This 20th day of January, 2025.

                     By:    /s/ Gregory Smith
                               Counsel for Aiden Bilyard