## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal Action No. 22-34 (RBW) |
| ) | |
| AIDEN HENRY BILYARD,     ) | |
| ) | |
| Defendant.               ) | |

### ORDER

To ensure the expeditious resolution of the Defendant's Emergency Motion for Immediate Release, ECF No. 64, it is hereby

**ORDERED** that, on or before April 4, 2025, the government shall file a response to the defendant's motion. It is further

**ORDERED** that, on or before April 11, 2025, the defendant shall file a reply in support of his motion, if any. It is further

**ORDERED** that on April 18, 2025, at 9:00 a.m., the parties shall appear remotely for a hearing on the defendant's motion. The parties shall appear before the Court via teleconference by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the passcode 984979 followed by pound key (#).

**SO ORDERED** this 20th day of March, 2025.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge