UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AIDEN BILYARD )<br>_____) | Case No. 1:22-CR-00034-01 (RBW) |

## WITHDRAWAL OF EMERGENCY MOTION FOR IMMEDIATE RELEASE

NOW COMES Defendant Aiden Bilyard, by and through undersigned counsel, and hereby withdraws his Emergency Motion for Immediate Release (ECF #64) since it is now moot.

Late on January 20, 2025, counsel for Defendant filed this Emergency Motion, noting Mr. Bilyard had just received a Presidential pardon and should be released from prison immediately. No response was filed, and this Court never took up the motion. The next morning, the Bureau of Prisons released Mr. Bilyard from prison after his pardon was confirmed.

Yesterday, this Court issued an Order directing further briefing and a hearing, ostensibly "[t]o ensure the expeditious resolution" of this motion. The parties have also been directed to attend a Zoom conference on the motion, scheduled by this Court on April 18, 2025 at 9AM.

The motion is plainly moot, and in any event it is now hereby withdrawn. The Defendant also cannot properly be ordered to appear in this Court on April 18, 2025, since the full pardon he received means that this Court no longer possesses any jurisdiction over him in this case.

WHEREFORE, Defendant's Emergency Motion (ECF #64) is hereby withdrawn, and since no motion remains pending before this Court and thus no case or controversy remains between the parties, and since no jurisdiction over Mr. Bilyard still exists in this case, this Court should also vacate its recent Order directing further briefing and a hearing on this motion.

Government counsel has been contacted, and they consent to all of the relief proposed herein being GRANTED.

This 21st day of March, 2025.        Respectfully submitted,

/s/ Gregory S. Smith
Gregory S. Smith
DC Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, SE
Washington, DC 20003
(202) 460-3381
(202) 330-5229 (Fax)
gregsmithlaw@verizon.net
*Attorney for Aiden Bilyard*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing is being served on counsel for all parties through this Court's ECF system.

This 21st day of March, 2025.

By:   /s/ Gregory Smith
      Counsel for Aiden Bilyard